## OPINIONS PER CURIAM, ETC., FROM OCTOBER 9, 1911, TO MARCH 31, 1912.

No. 497. QUINCY, OMAHA & KANSAS CITY RAILROAD COMPANY, PLAINTIFF IN ERROR, v. ORA T. SHOHONEY. In error to the Supreme Court of the State of Missouri. Motion to dismiss or affirm submitted May 29, 1911. Decided October 23, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 112, 116, 117; *Leathe* v. *Thomas,* 207 U. S. 93; *Giles* v. *Teasley,* 193 U. S. 146; *Eustis* v. *Bolles,* 150 U. S. 361. *Mr. John A. Eaton* for the plaintiff in error. *Mr. I. N. Watson* for the defendant in error.

---

No. 524. YEUNG HOW, SOMETIMES KNOWN AS YEUNG CHOW, APPELLANT, v. HART H. NORTH, UNITED STATES COMMISSIONER OF IMMIGRATION, ETC., ET AL. Appeal from the Circuit Court of the United States for the Northern District of California. Motion to dismiss or affirm submitted October 9, 1911. Decided October 23, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Farrell* v. *O'Brien,* 199 U. S. 100; *David Kaufman & Sons Co.* v. *Smith,* 216 U. S. 610; *Fong Yue Ting* v. *United States,* 149 U. S. 698, 716; § 14 of act of May 6, 1882, 22 Stat. 61. *Mr. Carroll Cook, Mr. Arthur A. Birney* and *Mr. Henry F. Woodard* for the appellant. *The Attorney General, The Solicitor General,* and *Mr. Assistant Attorney General Harr* for the appellees.